THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ORTIZ, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Mayagüez in a Prosecution for a Violation of the Election Law.

MOTION by Appellant for an Order to the Secretary of the Lower Court to send up the Original Record Introduced In Evidence by the Appellant.

No. 773.—Decided December 23, 1914.

APPEAL—ORIGINAL RECORD—STATEMENT OF CASE.—The only way to bring up to this court documentary evidence introduced at· the trial, as is the original record which the accused offered in evidence in this case and which he now asks that the secretary of the lower court be ordered to send up to this court,

is to transcribe in the statement of the case the said original record or that part thereof which may be necessary to support the contentions of the interested party.

ID.—STATEMENT OF CASE.—This court has no authority to modify the statement of the case included in the transcript of the record, which is what a motion praying this court to order the secretary of the lower court to send up the original record offered in evidence by the accused virtually amounts to, without the intervention and approval of the trial court which approved the said statement of the case.

ID.—STATEMENT OF CASE.—Rule 55 of this court cannot serve as authority for asking this court to order the secretary of the lower court to send up to this court the original record of a case presented in evidence by the accused.

The facts are stated in the decision.

*Mr. Jaime Sifre, Jr., fiscal,* for The People.

The appellant did not appear.

DECISION.

WHEREAS, The appellant has filed a motion alleging that the secretary of the trial court has failed to include in the transcript of the record of this case the record of a criminal action which he introduced in evidence at the trial and praying this court to order the secretary of the lower court to send up the original record of the said action in order that it may be made a part of the transcript of the record in this appeal;

WHEREAS, There is a statement of the case approved by the trial court in which the only reference to the introduction in evidence of the said record is the following: "The defense offers in evidence the case of *The People of Porto Rico* v. *Tomás Ortiz,* tried on October 22, 1914, which the court admits";

WHEREAS, The only way in which to bring up to this court documentary evidence introduced at the trial, as is the original record which the accused offered in evidence in this case, is to transcribe in the statement of the case the said original record, or that part thereof which may be necessary to support the contentions of the interested party;

WHEREAS, In acordance with the jurisprudence laid down by this court in the case of *The People* v. *Sierra,* 17 P. R. R., 603, rule 55 of this court is not applicable to a case of this kind and this court has no power to modify the statement of the case included in the transcript of the record, whicn is what the motion of the accused virtually prays for, without the intervention and approval of the trial court which approved the statement of the case;

THEREFORE, In view of the jurisprudence and legal principles cited herein, rules 40 and 40*a* of this court, and section 356 of the Code of Criminal Procedure, as amended by the Act of March 7, 1908, page 90, the motion of the appellant is overruled.

*Motion overruled.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.